**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GERALD DRUMMOND, | : No. 205 EM 2016 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COURT OF COMMON PLEAS PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of February, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus, to the extent it seeks to compel the Court of Common Pleas of Philadelphia County to adjudicate Petitioner's motion for appointment of counsel, are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate the motion for appointment of counsel within 45 days.

The Application for Stay is **DISMISSED AS MOOT**.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.